## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**C.H., A MINOR, BY R.H. AND T.H.,**
**HIS NATURAL GUARDIANS,**

    Plaintiff(s),

v.                    Case No.: 3:18-CV-02128-MCR-CJK

**THE SCHOOL BOARD OF OKALOOSA COUNTY,**
**FLORIDA, MARY BETH JACKSON, et al.,**

    Defendant(s).
_____/

### NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW, attorney JARRETT B. DAVIS pursuant to N.D. Fla. Loc. R. 11.1(H) moves to withdraw as co-counsel for the Defendants', **THE SCHOOL BOARD OF OKALOOSA COUNTY, FLORIDA, MARY BETH JACKSON,** and in support states as follows:

1. The undersigned's last day of employment at Sniffen & Spellman, P.A. is August 16, 2019.

2. The Defendants' will continue to be represented by Terry J. Harmon, Michael P. Spellman and Robert J. Sniffen of Sniffen & Spellman, P.A.

3. The School Board and Mary Beth Jackson were notified of Jarrett B. Davis' withdrawal.

Dated this 16th day of August, 2019.

Respectfully submitted,

*/s/ Jarrett B. Davis*
**JARRETT B. DAVIS**
Florida Bar Number: 1010432
jdavis@sniffenlaw.com
**MICHAEL P. SPELLMAN**
Florida Bar Number: 937975
mspellman@sniffenlaw.com
**ROBERT J. SNIFFEN**
Florida Bar Number: 0000795
rsniffen@sniffenlaw.com
**TERRY J. HARMON**
Florida Bar Number: 0029001
tharmon@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 16th day of August, 2019, a true and correct copy of the foregoing was electronically filed in the US District Court, Northern District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Jarrett B. Davis*
**JARRETT B. DAVIS**